Richard James, appellee, v. George A. Cokins et al., on appeal of George A. Cokins, trading as Cokins & Company, appellant. Gen. No. 29,631.

Suit for fraudulent representations in sale of stock. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed July 14, 1925. Rehearing denied July 23, 1925.

Charles S. Deneen and Roy Massena, for appellant. Chilton P. Wilson, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

John B. Pallasch, appellee, v. Emil Klein and Susie Klein, appellants. Gen. No. 29,643.

Action for services as real estate broker. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Laurence B. Jacobs, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed with a finding of facts. Opinion filed July 14, 1925.

George Steinbrecher and Lewis S. Eaton, for appellants. William A. Sherwin and Harry C. Moran, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

The People of the State of Illinois ex rel. William J. H. Schultz, appellee, v. Nicholas R. Finn et al., appellants. Gen. No. 29,795.

Appeal from the Superior Court of Cook county; the Hon. John P. McGoorty, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded with directions on opinion in *People ex rel. v. Cederwall v. Finn, supra*, p. 17. Opinion filed July 14, 1925.

Francis X. Busch, Corporation Counsel, Leon Hornstein and Carl Hjalmar Lundquist, Assistant Corporation Counsel, for appellants; Cora B. Hirtzel, Assistant Corporation Counsel, of counsel. Franklin Raber, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Citizens State Bank of Melrose Park, appellee, v. The Village of Bellwood, appellant. Gen. No. 29,810.

Assumpsit to recover value of material sold and delivered. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed July 14, 1925.

James B. Heffernan, for appellant. Rankin & Lustfield, for appellee; Ode L. Rankin, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.